# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-50906
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

September 15, 2017

Lyle W. Cayce
Clerk

BENEDICT EMESOWUM,

Plaintiff-Appellant

v.

ADAM ZELDES; JOHN DOE; CITY OF SAN ANTONIO; GRANT RUEDEMANN,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:15-CV-831

Before BENAVIDES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:[*]

Benedict Emesowum appeals the dismissal without an evidentiary hearing of his 42 U.S.C. § 1983 suit arising from his arrest at a bus terminal and claiming that the defendants violated his constitutional rights in several regards. He does not challenge the district court's several motion rulings contained in the order at issue and has, therefore, abandoned any such

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-50906

challenges.  *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993) (recognizing that even pro se litigants must brief arguments to preserve them); FED. R. APP. P. 28(a)(8).

We review the dismissal for failure to state a claim de novo, applying the standard used to review a dismissal under Federal Rule of Civil Procedure 12(b)(6).  *Hart v. Hairston*, 343 F.3d 762, 763-64 (5th Cir. 2003).  Emesowum, whose brief consists of conclusory assertions and is entirely devoid of record citations, fails to show that the district court erred.  *See id.*

AFFIRMED.